UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK

# RUSHVILLE
# SCANNING COVER SHEET

**Notice – Please read and carefully follow these instructions.**

1. Each pleading must have this cover sheet on top.
2. Each pleading must be legible. Typed, double-spaced pleadings are preferred.
3. All pages must be numbered.
4. Each pleading must be scanned separately as one complete document. A pleading may not be scanned page by page. If the pleading is more than 25 pages, then the pleading must be scanned and submitted in multiple emails with a maximum size of 25 pages. The subject line of each email should specify the range of pages included within. (For example, a 40 page pleading would be broken into 2 emails, the first with a subject line of "Email 1 of 2 – Pages 1-25" and the second with a subject line of "Email 2 of 2 – Pages 26-40".)
5. Discovery requests and responses are not filed with the Court unless they are part of a motion to compel. Discovery requests and responses shall not be electronically filed per Local Rule 26.3. However, a Certificate of Service may be scanned stating you have served your discovery documents on the other parties in the case.
6. Only lines and boxes included on this form should be filled out. Do not provide any other information regarding your pleading on this Scanning Cover Sheet.

**Please complete the following (Print):**

Date: Feb. 9, 2015

Name: Leroy Brown vs Sadler, Wright, Scott

Case Number: New Case    ☒ (Check here if this is a new case)

**Type of Pleading (Check only one):**

☐ Motion / Petition
☐ Response / Reply
☐ Other (Specify) Civil Rights Complaint

Title of Pleading: _____
(For Example, "Motion to Compel" or "Response to Summary Judgment")

Number of Pages for this Pleading (Not including Scanning Cover Sheet): 5

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LEROY BROWN,<br>  PLAINTIFF,<br>VS<br><br>MICHELLE R.B. SADDLER,<br>MELISSA R. WRIGHT,<br>  SECRETARY OF THE ILLINOIS<br>  DEPARTMENT OF HUMAN SERVICE<br>  TREATMENT AND DETENTION FACILITY,<br><br>GREG SCOTT,<br>  DIRECTOR OF THE ILLINOIS<br>  DEPARTMENT OF HUMAN SERVICE<br>  TREATMENT AND DETENTION FACILITY,<br>    DEFENDANTS | THIS IS A CIVIL RIGHTS COMPLAINT BY A DETAINEE PENDING COMMITMENT TO THE DEPARTMENT OF HUMAN SERVICE FOR TREATMENT.<br><br>CASE NO: 15-3040<br><br>JUDGE:<br><br>JURY DEMAND, EXCEPT TO MATTERS OF THE LAW. |

THIS IS A CIVIL RIGHTS COMPLAINT WHEN THE PLAINTIFF
DOES NOT KNOW WHO IS RESPONSIBLE

NOW COMES THE PLAINTIFF, LEROY BROWN, HEREIN THE ABOVE CAPTIONED CAUSE, SEEKING COMPENSATORY AND PUNITIVE DAMAGES AGAINST THE DEFENDANTS RESPONSIBLE FOR NOT PROVIDING THE PLAINTIFF WITH EDUCATION AND/OR TRAINING OPPORTUNITIES TO STAY ABREAST WITH THE VARIOUS CERTIFICATIONS THE PLAINTIFF HOLDS NOR PROVIDING THE PLAINTIFF WITH ANY COLLEGE COURSES FOR HIM TO OBTAIN HIS DEGREE. IN SUPPORT OF THIS COMPLAINT THE PLAINTIFF STATE THE FOLLOWING:

JURISDICTION

THE CENTRAL DISTRICT FEDERAL COURT, SPRINGFIELD DIVISION, IS THE APPROPRIATE VENUE FOR THIS ACTION BECAUSE IT IS WHERE THE VIOLATIONS GIVEN RISE TO THIS COMPLAINT OCCURRED.

THE PLAINTIFF: LEROY BROWN IS AND WAS AT ALL TIMES MENTIONED HEREIN A RESIDENT OF THE ILLINOIS DEPARTMENT OF HUMAN SERVICES TREATMENT AND DETENTION FACILITY (DHS-TDF). THE PLAINTIFF CAN BE REACHED AT 17019 COUNTY FARM ROAD, RUSHVILLE ILLINOIS, 62681.

THE DEFENDANT: MICHELLE R.B. SADDLER AND, MELISSA A. WRIGHT, FORMER AND ACTING SECRETARY PERSPECTIVELY, OF ILLINOIS DHS-TDF, CAN BE REACHED AT: 901 SOUTH WIND ROAD, SPRINGFIELD ILLINOIS, 62703. MS. SADDLER AND MS WRIGHT ARE RESPONSIBLE FOR THE VIOLATION OF THE PLAINTIFF'S SUBSTANTIVE DUE PROCESS RIGHT UNDER THE FOURTEENTH AMENDMENT FOR FAILING TO PROVIDE THE PLAINTIFF WITH CONTINUING EDUCATION — COLLEGE COURSES TO OBTAIN A DEGREE, AND NOT PROVIDING THE PLAINTIFF WITH TRAINING TO STAY ABREAST OR CURRENT IN THE EDUCATION AND SKILLS HE ALREADY LEARNED BEFORE THE PLAINTIFF WAS DETAINED BY DHS-TDF PENDING COMMITMENT AND TREATMENT FOR A MENTAL DISORDER.

THE DEFENDANT: GREG SCOTT: IS THE DIRECTOR OF DHS-TDF AND IS RESPONSIBLE FOR THE ALLOCATION OF EDUCATIONAL GRANT MONIES FOR PURPOSES OTHER THAN CONTINUING EDUCATION — COLLEGE COURSES AND ADEQUATE TRAINING TO HELP PLAINTIFF MAINTAIN THE CERTIFICATIONS AND SKILLS THE PLAINTIFF LEARNED PRIOR TO DETENTION PENDING COMMITMENT AT DHS-TDF.

OTHER DEFENDANTS WILL BE NAMED UPON LEARNING OF THEIR CULPABILITY IN THE DENIAL OF THE PLAINTIFF'S RIGHT TO CONTINUE HIS EDUCATION AND MAINTAIN HIS SKILLS IN THE CERTIFICATIONS EARNED BEFORE DETAINED AT DHS-TDF.

## PRELIMINARY STATEMENT

THE PLAINTIFF IS CURRENTLY A DETAINEE AT DHS-TDF PENDING COMMITMENT AS A SEXUALLY VIOLENT PERSON (SVP). THE PLAINTIFF HAS BEEN DETAINED AT DHS-TDF SINCE JUNE 20TH, 2011 AND WILL BE UNTIL A RULING BY THE COURTS THAT PLAINTIFF DOES NOT MEET CRITERIA FOR COMMITMENT AS A SVP, OR ONCE COMMITTED THE PLAINTIFF RECEIVES TREATMENT AND APPLIES IT TO LESSEN THE LIKELIHOOD OF OFFENDING AGAIN.

BEFORE BEING DETAINED AT DHS-TDF THE PLAINTIFF HAD EARNED A DIPLOMA FROM RASMUSSEN BUSINESS COLLEGE, AN ASSOCIATE IN APPLIED SCIENCE FROM SOUTHEASTERN ILLINOIS COLLEGE, CERTIFICATIONS IN COMMERCIAL CUSTODIAL SERVICES AND FOOD SERVICES FROM LINCOLN TRAIL COLLEGE AND WAS TAKING CLASSES TOWARDS HIS BACCALAUREATE DEGREE AT THE UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN (UNIVERSITY ID# 663741318).

The plaintiff brings this civil rights action against the defendants for failing to provide the plaintiff with college courses to earn his baccalaureate degree and for not providing the plaintiff with training to maintain any of the skills that the plaintiff had acquired before the plaintiff was detained at DHS-TDF, pending commitment for treatment of any alleged mental disorder. Also, for spending grant monies alloted for continuing education on things other than education.

Since the plaintiff's detention at DHS-TDF, there has been no opportunity to take any college classes, vocational training or higher learning beyond the GED class that is offered sporadically. When plaintiff requested to take classes on-line it was flat out denied as not an option.

### Statement of Claims on which Relief Can Be Granted:

(1.) Substantive Due Process Violation under the Fourteenth Amendment:

The plaintiff is a free man, not a prisoner, nor has plaintiff been committed. As such, the plaintiff has a liberty interest to continue his education as he is expected to be released from DHS-TDF where more education improves opportunities for the plaintiff to attain gainful employment decreasing the chance of committing new crimes to support himself.

### Relief Requested:

(1) The plaintiff is seeking $25,000 per year ($12.00 per hour), for every year the defendants failed to provide the plaintiff with continuing education to obtain a baccalaureate degree.

(2.) The plaintiff is seeking $25,000 per year for every year the defendants failed to offer training to help the plaintiff maintain skills acquired before being detained at DHS-TDF pending commitment or discharge.

(3.) PLAINTIFF IS SEEKING PUNITIVE DAMAGES IN THE AMOUNT OF $25,000 PER YEAR FOR EACH YEAR HE WAS DENIED ACCESS TO EDUCATION OR TRAINING WHILE DETAINED AT DHS-TDF.

(4.) THE PLAINTIFF IS SEEKING ANY OTHER SUCH RELIEF THAT THIS HONORABLE COURT DEEMS APPLICABLE AND JUST WHICH WAS OVERLOOKED DUE TO PLAINTIFF'S INEXPERIENCE.

DATE: FEB. 9, 2015

RESPECTFULLY SUBMITTED:

*LeRoy Brown*

LEROY BROWN,   PLAINTIFF
DHS-TDF
17019 COUNTY FARM ROAD
RUSHVILLE, ILLINOIS
          62681